| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 27 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>  v.<br><br>JUAN CARLOS SERESI,<br><br>    Defendant-Appellant. | No.   20-55853<br><br>2:15CV4856-SVW<br>D.C. No. 2:89-cr-00190-SVW-17<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of Reuven L. Cohen, Esq., to be relieved as counsel of record and for appointment of Alyssa D. Bell, Esq., (Docket Entry No. 3) is granted. Alyssa D. Bell of Cohen Williams LLP, 724 South Spring Street, 9th Floor, Los Angeles, CA 90014, is appointed for this appeal, effective August 27, 2020.

The opening brief is due December 8, 2020; the answering brief is due January 7, 2021; the optional reply brief is due within 21 days after service of the answering brief.

The Clerk shall also serve this order on appellant individually: Juan Carlos Seresi, Reg. No. 90574-012, MDC Los Angeles, Metropolitan Detention Center, P.O. Box 1500, Los Angeles, CA 90053.